DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARYSE JEAN-LOUIS,**
Appellant,

v.

**UNIVERSAL PROPERTY AND CASUALTY INSURANCE COMPANY,**
Appellee.

No. 4D19-1382

[December 3, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. CACE16-003249.

Erin Berger and Melissa A. Giasi of Giasi Law, P.A., Tampa, for appellant.

Kara Rockenbach Link and Andrea Hall Duenas of Link & Rockenbach, P.A., West Palm Beach, and Steven J. Chackman of Bernstein, Chackman, Liss, Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***